UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| YSAURO R. MUNOZ ) | | |
| PSC 472 Box 8 ) | | |
| SRF Yokosuka ) | | |
| FPO AP 96349-0008 ) | | |
|       Plaintiff ) | | |
| ) | | |
|       v. ) | Civil Action No. 1:05-cv-02472-CKK | |
| ) | | |
| GORDON R. ENGLAND ) | | |
| DEPARTMENT OF THE NAVY ) | | |
| 1000 Navy Pentagon ) | | |
| Washington, D.C. 20350-1000 ) | | |
|       Defendant ) | | |
| _____) | | |

**NOTICE OF ADDRESS**

Plaintiff, by and through counsel, respectfully submits this notice of the addresses of the parties, in accordance with LCvR 5.1(e)(1).

Respectfully submitted,

_____/s/_____
STEVEN M. SPIEGEL, D.C. Bar # 386709
3917 Keller Avenue
Alexandria, VA 22302-1817
Phone 703-998-6780; Fax 703-998-7612
E-mail SSpiegelEsq@verizon.net

Counsel for the Plaintiff                                                                 January 26, 2006