UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YSAURO R. MUNOZ            )
        Plaintiff    )
                           )
v.                         )   Civil Action No. 1:05-cv-02472-(CKK)
                           )
GORDON R. ENGLAND          )
DEPARTMENT OF THE NAVY     )
        Defendant    )
_____)

### AFFIDAVIT OF SERVICE

1.   I am counsel for the Plaintiff in this case, admitted to practice in Washington, D.C. and before this Court.

2.   On January 10, 2006, I served a summons, copy of the Complaint, Initial Electronic Case Filing Order by Judge Colleen Kollar-Kotelly, together with the e-filer registration form, on the Honorable Alberto R. Gonzales, Attorney General for the United States. Service was accomplished by U.S. Postal Service Certified Mail, Return Receipt.

3.   The returned receipt shows that the summons and accompanying documents were received on January 17, 2006. A copy of the returned receipt is set forth below.

Pursuant to 25 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 26th day of January 2006.

STEVEN M. SPIEGEL
D.C. Bar 386709
3917 Keller Avenue
Alexandria, VA 22302-1817
Phone 703-998-6780
Fax 703-998-7612
SSpiegelEsq@verizon.net

1. Article Addressed to:

Honorable Alberto R. Gonzales
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

2. Article Number: 7002 2410 0006 8668 4093

PS Form 3811, August 2001    Domestic Return Receipt