UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YSAURO R. MUNOZ ) | |
|       Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-02472-(CKK) |
| ) | |
| GORDON R. ENGLAND ) | |
| DEPARTMENT OF THE NAVY ) | |
|       Defendant ) | |

**AFFIDAVIT OF SERVICE**

1. I am counsel for the Plaintiff in this case, admitted to practice in Washington, D.C. and before this Court.

2. On January 10, 2006, I served a summons, copy of the Complaint, Initial Electronic Case Filing Order by Judge Colleen Kollar-Kotelly, together with the e-filer registration form, on the Honorable Kenneth L. Wainstein, United States Attorney for District of Columbia. Service was accomplished by U.S. Postal Service Certified Mail, Return Receipt.

3. The returned receipt shows that the summons and accompanying documents were received on January 13, 2006. A copy of the returned receipt is set forth below.

Pursuant to 25 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 26th day of January 2006.

STEVEN M. SPIEGEL
D.C. Bar 386709
3917 Keller Avenue
Alexandria, VA 22302-1817
Phone 703-998-6780
Fax 703-998-7612
SSpiegelEsq@verizon.net

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Honorable Kenneth L. Wainstein,
US Attorney for District of Columbia
Judiciary Center Building,
555 Fourth Street, NW
Washington, 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent  ☐ Addressee

B. Received by (Printed Name): A[...]

C. Date of Delivery: 1/13/06

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7002 2410 0006 8668 4048

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540