UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YSAURO R. MUNOZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GORDON R. ENGLAND, )<br>  SECRETARY OF THE NAVY, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-2472 (CKK)<br>ECF |

**DEFENDANT'S NOTICE OF FILING A CORRECTED COPY OF**
**DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TRANSFER**

Defendant Gordon R. England, Secretary of the Navy, respectfully files a corrected copy of Defendant's Motion to Dismiss Or, In the Alternative Transfer. Defendant is withdrawing the portion of his argument based on untimeliness. Consistent with the applicable legal standard, undersigned counsel relied on the allegations in the Complaint in preparing the motion to dismiss, and was only advised after the motion had been filed that paragraphs 19 through 21 of the Complaint contained errors regarding dates of the Final Agency Decision and Plaintiff's receipt of it. Withdrawal of this portion of defendant's argument does not impact the remaining arguments and the motion is still dispositive of all claims. In summary, although the motion properly accepted the pleaded facts as true, undersigned counsel wishes to revise the motion to be consistent with the facts as they are now known.

For the convenience of the Court and Plaintiff, defendant is attaching a Corrected Copy of Defendant's Motion to Dismiss Or, In the Alternative, Transfer. Undersigned counsel apologizes for any inconvenience.

Dated: March 22, 2006.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

/s/_____
JANE M. LYONS, D.C. Bar #451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161