UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YSAURO R. MUNOZ )<br>        Plaintiff )<br>)<br>v. )<br>)<br>GORDON R. ENGLAND )<br>DEPARTMENT OF THE NAVY )<br>        Defendant )<br>_____) | Civil Action No. 1:05-cv-02472-CKK |

## MOTION TO AMEND COMPLAINT

Pursuant to Fed.R.Civ.P. 15(a) and LCvR 7(i) and 15.1, Plaintiff, by and through counsel, respectfully moves to amend his complaint, and requests that the Court accept the attached Amended Complaint for filing this day.

Pursuant to Local Rule 7(m), Plaintiff certifies he has conferred with defense counsel on the present motion. Defendant had no objection.

Respectfully submitted,

_____/s/_____
STEVEN M. SPIEGEL, D.C. Bar # 386709
3917 Keller Avenue
Alexandria, VA 22302-1817
Phone 703-998-6780; Fax 703-998-7612
E-mail SSpiegelEsq@verizon.net

Counsel for the Plaintiff                                      March 31, 2006