UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YSAURO R. MUNOZ )<br>       Plaintiff )<br>)<br>v.  )<br>)<br>GORDON R. ENGLAND )<br>DEPARTMENT OF THE NAVY )<br>       Defendant )<br>_____) | CASE No. 1:05CV02472 |

## DECLARATION

I, Jeffrey Wataoka, declare as follows:

1. I am the Director of the Human Resources Service Center Pacific (HRSC Pacific), Office of Civilian Human Resources, Department of the Navy (DON), 178 Main Street, Building 499, Honolulu, HI. I have held this position since 13 October 1996. HRSC Pacific has been located at its current and only address since 13 October 1996.

2. HRSC Pacific provides personnel services to various DON activities located in the Pacific theater of operations.

3. As a routine business practice, HRSC Pacific maintains and administers the official personnel records of currently employed and recently separated DON employees who work for DON activities that are serviced by HRSC Pacific. The records are maintained in folders that are known as the employee's official personnel folder (OPF). OPFs are indexed by the last name of the employee.

4. I am the custodian of the OPFs maintained and administered by HRSC Pacific.

5. HRSC Pacific provides personnel services to the DON's Ship Repair Facility (SRF) in Yokosuka, Japan and maintains and administers the OPFs of currently employed and recently separated employees of the SRF. HRSC Pacific has maintained and administered OPFs of currently employed and recently separated employees of the SRF since April 1998.

6. One of the OPFs that HRSC Pacific maintains and administers is that of Mr. Ysauro R. Munoz. I am the custodian of Mr. Munoz's OPF and it is located at 178 Main Street, Building 499 in Honolulu, HI.

7. According to the records in Mr. Ysauro R. Munoz's OPF, he is employed as an Engineering Technician, GS 802-12, by the SRF in Yokosuka, Japan and has been employed in Japan by the SRF since 1 February 1987. The records in his OPF do not indicate he worked in Washington,

D.C. for a DON activity. The records further reflect that Mr. Munoz's home of record is Lemon Grove, California.

I declare under penalty of perjury that the foregoing is true and correct.

March 16, 2006
Executed on

Jeffrey Wataoka
Director
HRSC Pacific