```
                                            12713
                                            Ser NO1CP520
                                            DON #01-62758-003
                                            DON #02-62758-004
```

## SETTLEMENT AGREEMENT

## MR. YSAURO R. MUNOZ VS SECRETARY OF THE NAVY

## DON

Commander, Ship Repair Facility (SRF), Yokosuka and Mr. Ysauro R. Munoz, hereinafter, Complainant, hereby voluntarily and knowingly enter into the following agreement in settlement of Complainant's EEO complaint identified as DON #01-62758-003 and DON #02-62758-004. This agreement addresses the following allegation:

As the result of discrimination on the basis of race (Hispanic) and age (DOB 7/31/44), since January 1998 management of the Combat Systems Office, Ship Repair Facility, Yokosuka, Japan, has denied you Engineering Working Group (EWG) training and not allowed you to attend conferences. The last incident was the EWG meeting for the MK-13 chain gun in April 2001.

On 26 September 2001, the Administrative Officer contacted management of the Bachelor's Officer's Quarters (BOQ) and reported that your wife was staying with you in violation of BOQ policy.

On 4 September 2001, management failed to notify you of a scheduled equipment installation and informed the State-side technical representative that you no longer worked at SRF.

On 28 August 2001, the Administrative Officer sent an inquiry to you concerning your son's attendance at a Civilian Administrative Forum (CAF) in April 1998.

As evidenced by the signature of the Chief, Labor and Employee Relations and Services Division, Human Resources Office, Yokosuka, Japan with concurrence by the Equal Employment Officer, agrees to the following settlement:

a. SRF Management agrees to provide training to enhance Mr. Munoz' career within 12 months from the date of this agreement.

b. SRF management agrees to provide Mr. Munoz with a "Letter of Regret" stating, "Management regrets calling the Bachelor's Officers Quarters on 26 September 2001."

Attachment 2

SETTLEMENT AGREEMENT
MUNOZ VS SECRETARY OF THE NAVY
DON #01-62758-003
DON #02-62758-004

SRF management agrees to carry out the above actions within thirty (30) calendar days from the date of this agreement unless otherwise specified. The agency acknowledges its obligation under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Section 2000e-16, not to take reprisals against the Complainant for filing a discrimination Complaint concerning the matter described in the Complaint addressed in this agreement.

Complainant agrees to:

Withdraw the allegation of discrimination addressed above and identified as DON #01-62758-003 and DON #02-62758-004 and agrees not to institute an action based on the allegation of discrimination contained in the Complaint identified above, under either Federal or State statute, or the Constitution of the United States or of a State, in either a Federal or State court.

Complainant hereby irrevocably and unconditionally releases, acquits and forever discharges the Department of the Navy, Commander Ship Repair Facility, Yokosuka, Japan, its Officers, employees, and representatives from any and all charges, complaints, claims, liabilities, obligations, promises, agreements, controversies, damages, actions, causes of action, suits, rights, demands, costs, losses, debts and expenses related to Complainant's discrimination Complaint addressed in this Settlement Agreement. Complainant acknowledges and agrees that since he was not represented by an attorney in these Complaints he is not entitled to any attorney fees.

The fact that this settlement agreement has been entered into by the Commander, Ship Repair Facility, Yokosuka, Japan, does not constitute an admission by Commander, Ship Repair Facility, Yokosuka, Japan, of the truth of any matter set forth in Complainant's discrimination complaint addressed in this agreement, nor does it constitute any admission of liability, fault, or error on the part of the United States, the Department of the Navy, Commander Ship Repair Facility, Yokosuka, Japan, its employees, or its representatives.

Complainant understands and agrees that any claimed violation, breach or failure to perform any of the commitments described in this agreement by the Commander Ship repair Facility, Yokosuka, Japan shall be raised in writing within thirty (30) calendar days of the date Complainant knew or should have known of the alleged noncompliance, and processed as described in Appendix B to Department of the Navy Civilian Personnel Instruction 12713 and in accordance with the provisions of 29 CFR 1614.504. If the

2

SETTLEMENT AGREEMENT
MUNOZ VS SECRETARY OF THE NAVY
DON #01-62758-003
DON #02-62758-004

Commander Ship Repair Facility, Yokosuka, Japan, has not responded to Complainant in writing, or if Complainant is not satisfied with the attempts to resolve the matter, Complainant may appeal to the Office of Federal Operations, Equal Employment Opportunity Commission, P.O. Box 19848, Washington, D.C. 20036 for a determination as to whether the agency has complied with the terms of this Settlement Agreement. Complainant may file such an Appeal thirty-five (35) calendar days after service of the allegation of noncompliance with the Equal Employment Manager, Naval Forces Japan, but no later than thirty (30) calendar days after receipt of the Commander's, Ship Repair Facility Yokosuka, Japan, written determination.

Complainant also understands and agrees that the terms of this Settlement Agreement are confidential and are not to be disclosed to any other party or parties without an official need to know.

Complainant further understands that: This agreement settles a dispute, which includes a complaint of age discrimination. In accordance with the Older Workers Benefit Protection Act (OWBPA), it is advised that you consult with an attorney before signing and delivering this agreement. This is a matter of personal choice and this advice does not constitute an agreement to pay for the cost of legal services.

The OWBPA also provides that you may revoke this agreement within 21 days after the agreement is signed and delivered to Mr. Nolan. You may revoke this agreement by delivering a written notice of revocation to Mr. Nolan, Chief Labor/Employee Relations and Services Division, Human Resources Office, Yokosuka, Japan, no later than the close of business on the seventh day after you sign this agreement.

Should any part, term or provision of this settlement agreement be declared or determined by any court, administrative tribunal or Agency to be illegal or invalid, the validity of the remaining parts, terms or provisions shall not be affected thereby, and said illegal part, term or provision shall be deemed not to be a part of this settlement agreement.

This agreement represents the entire agreement between Complainant and the Commander Ship Repair Facility, Yokosuka, Japan. There are no other agreements between the parties, either expressed or implied, oral or written. By signing this agreement, Complainant certifies that he has had the opportunity to review this Settlement Agreement.

3

SETTLEMENT AGREEMENT
MUNOZ VS SECRETARY OF THE NAVY
DON #01-62758-003
DON #02-62758-004

Dated this 28th day of February 2002 at Yokosuka, Japan.

_____     _____
Complainant                          Robert B. Nolan
                                     Chief, Labor/Employee
                                     Relations & Services Division,
                                     Human Resources Office,
                                     Yokosuka, Japan

_____
Mark Nelson
Equal Employment Manager, Yokosuka

4