Received 5/2/02
MN

Commanding Officer                               12 Apr 2002
Naval Ship Repair Facility
Yokosuka, Japan
PSC 473 Box 8
FPO AP 96349

Subject: Letter of Complaint

Captain Bella, I'm writing to you to communicate my displeasure regarding the noncompliance of the terms in the Settlement Agreement of 28 Feb 02, In particular, Items a and b on pp 1,

Referencing Item a. Regarding Training
On 01 Apr 02, I submitted a Training Request (to my supervisor Mr. Krueger, C192). Yesterday, I received an e-mail response from my Dept Director, Mr. Rita, stating that my request for training is denied, due to Commander Naval Forces Japan Instruction, 12000.16, Chapter 5, Section 501 sub Para 3.a.

A copy of this instruction is provided. The section and paragraph quoted, as a basis for the denial is a "Definition of Training"
I fail to see how this instruction applies to or in any way affects the Settlement Agreement of 28 Feb 02.

I will contact the Chief, Labor/Employee Relations at HRO, Mr. R. Nolan regarding this matter.

Referencing Item b.
The Agreement states, "SRF management agrees to provide Mr. Munoz with a Letter of Regret"
To my knowledge, Mr. Nolan is not part of SRF management per se, (he is part of HRO management) I feel that this portion of the Settlement Agreement was not properly carried out as agreed to, because Mr. Nolan wrote the Letter of Regret, instead of SRF management's Code 800, Mr. Pinner, as discussed and agreed to, during the meeting.

Prior to the meeting on 27 Feb 02, I had never met Mr. Nolan and as such I consider the Letter of Regret from him to be of no consequence or value

1

ATTACHMENT 12

In my opinion, the Settlement Agreement has (so far) proven to be nothing more than an appeasement with no validity or intention of being honored. I have no other choice at this time, but to believe that it was not negotiated in good faith.

Captain, I respectfully request that you look into this matter and hopefully rectify the present situation concerning the items agreed to in the Settlement Agreement.
I thank you for your time.

Respectfully,
Mr. Y.R. Munoz
PSC 473 Box 8
FPO AP 96349-0008

Copy to: Mr. R. Nolan, Chief Labor/Employee Relations, HRO