MAR 15 2004

# REPORT OF INVESTIGATION

| | |
|---|---|
| **Investigating Office:** | OCI-Honolulu |
| **Agency Docket No:** | 046275803708 |
| **Activity Filed Against:** | U. S. Naval Ship Repair Facility (SRF) Yokosuka, Japan |
| **Complainant's Name and Address:** | Ysauro R. Munoz<br>PSC 473, Box 8<br>FPO AP 96349-0008 |
| **Representative's Name and Address:** | None |
| **Date of Initial Contact with EEO Counselor:** | January 28, 2003 |
| **Date Complaint Filed:** | February 28, 2003 |
| **Date Investigation Requested:** | October 8, 2003 |
| **Date Request Received by OCI:** | October 15, 2003 |
| **Dates of Investigation:** | January 26 – March 11, 2004 |

**Claim:** Did the Navy discriminate against Complainant based on his race (Hispanic), his age (currently 59), and in reprisal for his earlier exercise of activity protected by antidiscrimination laws and regulations, by denying him Vertical Launch Systems (VLS) training? See Investigative File (IF) p 33.

**Relief Requested:** Immediate stop to harassment and discrimination; opportunities such as "Training and Fair and Equal treatment"; restoration of position description and duties until placed through Priority Placement Program (PPP); compensatory damages of $250,000 (IF pp 5, 5C).

## PART I - BACKGROUND

Complainant holds the position of Engineering Technician, GS-0802-12 with the SRF (IF p 3). SRF employment data provided for this investigation, which do not include Complainant, list two other nonsupervisory employees assigned to GS-802-12 Engineering Technician positions (one Hispanic, one white) and nine employees assigned to nonsupervisory Electronics Technician, GS-0856-12, positions (seven white, two Asian or Pacific Islanders). Current ages of all the SRF employees listed range from 42 to 68 years of age (IF p 100).

MAR 15 2004

Munoz, 046275803708

Complainant earlier engaged in EEO protected activity by filing two formal discrimination complaints, on August 23, 2001 and November 27, 2001, respectively (IF pp 247-250, 260-262). Both of these complaints were resolved by a settlement agreement dated February 28, 2002 (IF pp 272-275). As part of this settlement agreement, management agreed to provide Complainant with training to enhance his career within 12 months of the date of the agreement (IF p 272).

On April 11, 2002, management denied Complainant's request for VLS training (IF pp 288-289). Management again denied Complainant VLS training on October 29, 2002, immediately following a subsequent request for the same training (IF pp 298-299). Contending that the denial of VLS training breaches the settlement agreement, Complainant filed an appeal with the Equal Employment Opportunity Commission (EEOC) Office of Federal Operations (IF pp 41-41B). The Navy takes the position that it has remained in compliance with the settlement agreement, but recognizes the denial of VLS training as a new individual complaint, which it has accepted for purposes of this investigation (IF pp 33, 39-40). On October 23, 2003, based on the Navy's acceptance of this complaint, EEOC notified Complainant that it had closed his appeal (IF p 41C). Based on other information provided by the Navy, however, a separate appeal alleging breach of settlement agreement apparently still remains pending (IF p 41D).

## PART II – DISCUSSION AND ANALYSIS

**Complainant's Evidence/Allegations**

Complainant alleges race and age discrimination, as well as retaliation for his earlier discrimination complaint activity, in the denial of the VLS training that he twice requested (IF pp 2-5C, 43-46). He reiterates his earlier contention that the denial of this training is part of his breach claim, for which he says an EEOC decision was pending as of the date of the onsite investigation (apparently not recalling the EEOC closure of his training breach appeal or confusing it with another appeal; IF pp 41C-41D). He claims that he needs the VLS training for career advancement purposes, since the training covers the very latest in launcher technology and he has been a launcher technician since 1974. He further contends that there were two specific VLS billets at the time, one of which was vacant, and that one of those billets was deliberately deleted, in order to justify continuing to deny him the training (IF p 44).

Asked why he attributes the denial of VLS training to discrimination, Complainant says (IF pp 44-45):

- That, since there were not too many Latinos in his area of expertise, he felt that he was being singled out for unequal treatment;

- That Mr. Ron Foltz (a now deceased white employee who was older than Complainant) received retraining in VLS, when the arrival of VLS ships at Yokosuka negated the need for Mr. Foltz's specialized skills in underwater battery fire control;

And

2