UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YSAURO R. MUNOZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2472 (CKK) |
| ) | ECF |
| GORDON R. ENGLAND, ) | |
| SECRETARY OF THE NAVY, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S CONSENT MOTION
FOR ENLARGEMENT OF TIME TO FILE REPLY BRIEF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant Gordon R. England, Secretary of the Navy, respectfully moves the Court for a one-week extension of time to file his reply brief in support of his motion to dismiss or to transfer this action. Specifically, defendant requests that the deadline be extended from May 11, 2006 until May 18, 2006. Plaintiff, through his counsel, graciously consents to the relief being sought in this motion. The grounds for this motion are set forth below.

Defendant timely filed a motion to dismiss or transfer this case on March 20, 2006. In response, plaintiff amended his complaint on March 31, 2006, and defendant filed a timely motion to dismiss or defend the amended complaint on April 17, 2006. On May 1, 2006, plaintiff filed his opposition to defendant's second motion. Undersigned counsel with daily responsibility for this case was out of the country until May 3, 2006, and despite diligent efforts since her return, she has not been able to complete the reply brief due to a number of commitments in other cases as well as the need to re-examine the procedural history of plaintiff's

administrative complaints and the number of legal issues which must be addressed. This is defendant's first request for any extension of time in this case and undersigned counsel expected to be able to finish this reply brief until the afternoon of May 10, 2006 when she identified additional necessary information from the agency which could be helpful in fashioning certain legal arguments.

This motion is filed in good faith and granting it will not unfairly prejudice any party or unduly delay the Court's ability to resolve this matter. Allowing defendant's counsel a reasonable amount of additional time to work on the brief should enhance the presentation of the issues to the Court. The record here demonstrates that both parties have efficiently prepared this case up to this point.

WHEREFORE, based on the foregoing, the defendant respectfully requests that the time for filing a reply brief in support of his motion to dismiss or to transfer be extended through and including May 18, 2006. A proposed order is attached.

Dated: May 11, 2006.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR No. 451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar No. 434122
Assistant United States Attorney

/s/_____
JANE M. LYONS, D.C. BAR No. 451737
Assistant United States Attorney
Civil Division
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161