UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **YSAURO R. MUNOZ,**   )<br>  )<br>  **Plaintiff,**   )<br>  )<br>  v.   )<br>  )<br>**GORDON R. ENGLAND,**   )<br>  **SECRETARY OF THE NAVY,**   )<br>  )<br>  **Defendant.**   )<br>  ) | Civil Action No. 05-2472 (CKK)<br>ECF |

## ORDER

UPON CONSIDERATION of defendant's consent motion for enlargement of time to file a reply brief in support of his motion to dismiss or transfer, and the entire record in this case, the Court finds that good cause exists for the requested enlargement. Accordingly, it is hereby

**ORDERED** that defendant's motion is **GRANTED**, and defendant shall have through and including May 18, 2006 to file his reply.

_____                _____
Date                                                                COLLEEN KOLLAR KOTELLY
                                                                            United States District Judge


Copies to Counsel of Record Through ECF