FILE BY 28 FEB 03

03-62758-008

# FORMAL COMPLAINT OF DISCRIMINATION

| | |
|---|---|
| 1. Name of Complainant (Last, First, MI)<br>MUNOZ, YSAURO R. | 2. Are you being represented?<br>☐ YES (If so, complete 2a-2c below)<br>☒ NO (Continue with Question No.3) |
| 1a. Address (incl: City, State, Zip)<br>PSC 473 Box 8<br>FPO AP 96349-0008 | 2a. Name of Representative |
| | 2b. Address (incl: City, State, Zip) |
| 1b. Home Telephone (incl: area code)<br>[redacted] | 2c. Work Telephone (incl: area code)<br>Comm: 011 (81) 6160 43-7288<br>DSN: 243-7288 |
| 3. Are you working for the Department of the Navy?<br>☒ YES (complete 3a-3b)<br>☐ NO (CONTINUE WITH QUESTION No.4) | 3a. Name of Activity where you work:<br>NAVAL SHIP REPAIR FACILITY, YOKOSUKA, JAPAN<br>3b. Street Address of your activity (incl: City, State, Zip)<br>PSC 473 Box 8<br>FPO AP 96349-0008 |

4. Present Job title, Series and Grade:
ENGINEERING TECHNICIAN 0802 GS-12

5. Name and address of Navy Activity you believe discriminated against you (if different from 3a-3b):

6. Date(s) on which most recent alleged discrimination occurred:
Month OCTOBER   Day 29   Year 2002

3

OCPM 12713/2    I-10

EXHIBIT 4

2

| FORMAL COMPLAINT OF DISCRIMINATION | |
|---|---|

7. You believe you were discriminated against on the basis of your: (Check below)

| ☒ | RACE (If so, state your race) **HISPANIC** | ☐ | NATIONAL ORIGIN (If so, state origin) |
| ☐ | COLOR (If so, state your color) | ☐ | SEX ___ Male  ___ Female |
| ☐ | RELIGION (If so, state your religion) | ☒ | AGE Date of Birth **07-31-44** |
| ☐ | DISABILITY (Please describe) ___ Mental  ___ Physical | | |
| ☒ | REPRISAL (If so, date and description of prior protected activity) **26 SEPT 2001** | | |

8. Have you discussed your complaint with an EEO counselor?

☒ YES   ☐ NO

Name of your Counselor: **MR. R. SIMPSON**

Date of Initial EEO Contact: **11 DEC 02**

Date of Final Interview: **13 FEB 03**

9. EXPLAIN SPECIFICALLY HOW YOU WERE DISCRIMINATED AGAINST (That is, treated differently from other employees or applicants, because of your race, color, religion, sex, national origin, age, mental or physical disability, or reprisal.) (If your complaint involves more than one allegation, list and number each allegation separately and furnish specific, factual information in support of each.)

Allegation No1. (including basis(es)(See Question No.7):

**SEE ATTACHED DOCUMENTS**

(Use additional sheets if necessary)      **4**

OCPM 12713/2                I-11

3

| FORMAL COMPLAINT OF DISCRIMINATION | |
|---|---|

**10. WHAT SPECIFIC CORRECTIVE ACTION DO YOU WANT TAKEN ON YOUR COMPLAINT?**
(If your complaint involves more than one allegation, state corrective action desired for each separate allegation.)

SEE ATTACHED DOCUMENTS

**11. WITH REGARD TO THE ALLEGATIONS DESCRIBED IN Question No.9, HAVE YOU:**

☐ filed a grievance through the negotiated grievance procedure? If so, date filed ___N/A___

☐ filed an appeal with the Merit System Protection Board? If so, date filed ___N/A___

☐ filed a civil action in U.S. District Court? If so, date filed ___N/A___

**12. Signature of Complainant**
[signature]

**13. Date Signed**
22 FEB 03

TO BE COMPLETED BY THE ACTIVITY

**14a. Received by:**
_Mark S. Nelson_
(Signature)

b. Typed Name & Title
Mark S. Nelson
EEO Manager, Yokosuka

c. Activity Name and Address:
EEO Office C/530
PSC 473 Box 22
FPO AP 96349-0022

d. Telephone (incl: area code)
Comm: ___
DSN: 243-7592

**15. Complaint was:**

☑ Mailed:

Postmark date 2-28-03

Received date 3/3/03

☐ Hand Delivered:

Date ___

OCPM 12713/2        I-12

4

Attachment - Block 7

Circumstances:

28 Feb 01
I recently discovered that E-mail (dated has been circulated by my supervisor Mr. Ed Krueger and Mr. Al Tanabe, supervisor C193, advising personnel in SRF Combat Systems, Various Shops and Planning & Estimating codes, of my "Impending Departure".
I have been on the Priority Placement Program since 01 Feb 1998. (For the last 38 months)
My current Tour was extended on 01 Feb 2001 until Aug 2001.
I have worked in SRF Combat Systems Code, since 01 Feb 1987.

The E-mail in question has created much confusion and undermined in my working relations with SRF shop personnel.
Apparently this confusion regarding my so-called impending departure was in reference to the following:
On 16 Oct 2000, I was verbally advised by Mr. Krueger, that from now on, the following Personnel
"have the lead" on equipment that I normally work on:

MK13 Missile Launchers, Mr. K. Woodworth, C192KW

Mk 32 Torpedo Tubes and related Equipment, Mr. K. Dahlke, C193KD

MK38 Chain Guns, Mr. T. DePalma, C192TD

I was also advised that I am to report to them for all work and clear all requests for overtime thru them.


09 Apr 01
Received Clarification via e-mail from Mr. Rita, informing me of the redistribution of my duties within code 190 and the upcoming modification of my Position Description to reflect my (new) level of responsibility. I am assigned to "assist" those personnel that now have assumed the responsibility of those (my) duties. The E-mail further states that I am filling a billet that will be deleted "pending my receipt of an offer for another position" through the Priority Placement Program.

This is contradictory to the letter I received from Code 300 dated 21May 1997, which states:
"as a result of Ref (a), your position will be abolished upon your departure"

This same E-mail also directs Mr. Krueger to modify my Position Description by the end of the week.

5A

5

This decision by Mr. Rita, will effectively deny me Equal Employment and my basic rights as an employee here at SRF by stripping me of my work and subsequent modification of my P.D. Given the length of time that I have been employed at SRF, I feel it is degrading and humiliating to have to work as a subordinate (assist) to my co-workers on programs that I established
here at SRF during the last Fourteen years.
I feel these actions are ethically wrong, discriminatory, and unprofessional, counter productive, detrimental to my career, have created a hostile work environment and contradicts the DOD/DON policy of being an Equal Opportunity Employer.

This continuing harassment and discrimination is not recent or new, it has been going on for several years and has become progressively worse with time. Aside from normal job related stress, the additional stress caused by this harassment and discrimination, has affected me physically/mentally and has had a negative effect on my wife, my marriage and my children.
It has also cost me a considerable amount of travel money, travel time, leave and lost quality time with my family since
August 1998.

My first indication of harassment and discrimination was in April 1997, via e-mail from Mr. Krueger. The e-mail I received
reads in part: "there are some in the command who object to people living and working here for this long." This was not and is not a valid statement. There are several Employees presently at SRF, who have been here longer than myself.

Training has also been an issue for some time, I.E. lack of career enhancement training and lack of funding for myself and my
MLC counterpart to attend Engineering Working Group meetings. We have attended one EWG meeting in the last nine years.
Attendance is required to keep up with engineering changes, new problems, fixes and discussions pertaining to MK13
Missile Launchers and components. However, there doesn't appear to be a lack of training funds for other personnel to attend meetings or training.

With regard to fair and equal treatment, on October 2000, I received a Letter of Caution for a non-disciplinary matter.
In November 2000, the computer code sent out an e-mail stating that Four individuals were observed playing an unauthorized video game during working hours. This game playing had been going on for some time in my code (C192).
As of October 2000, there was still gambling (football pool) going on in my code. I don't know that anything was ever done
about either of these situations.

5B

Corrective Action desired:

An immediate stop to all harassment and discrimination.
Equal employment opportunities such as Training and Fair and Equal treatment.
Restoration of my Position Description and my Duties as described in it, until such time as
I get picked up for a job by the Priority Placement Program.

And Compensatory Damages for long term Harassment (1997-2001), having to endure a Stressful working environment, Denial of Training opportunities, loss of enjoyment of life,
a strained married life, extra expenses incurred for travel to see my Family,
for travel time, loss/use of leave time to spend time with family, ( I get to see my family two
or three times a year), Mental stress/ loss of Quality family time and Peace of mind.
I am requesting Compensatory Damages of $250,000.00

