UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YSAURO R. MUNOZ<br><br>  Plaintiff,<br><br>  v.<br><br>GORDON R. ENGLAND,<br>Secretary of the Navy,<br><br>  Defendant. | Civil Action No. 05-2472 (CKK) |

**ORDER**
(November 20, 2006)

Based on the reasoning set forth in the accompanying Memorandum Opinion, it is, this 20th day of November, 2006, hereby

**ORDERED** that [12] Defendant's Motion to Transfer this case to the United States District Court for the District of Hawaii is GRANTED; it is also hereby

**ORDERED** that Defendant's Motion to Dismiss is denied without prejudice.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　／s／　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　United States District Judge

1